## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN
SA'ADOUN ALSA'ARY a/k/a AHMED
OMAR, ISN 030,

        Petitioner,

v.

BARACK H. OBAMA, *et al.*,

        Respondents.

Civil Action No. 09-cv-00745 (RCL))

## ORDER FOR APPOINTMENT AND SUBSTITUTION OF COUNSEL, AND TO EXTEND TIME TO FILE TRAVERSE

The motion of David S. Marshall to withdraw as counsel for Petitioner Nadir Omar Abdullah Bin Sa'Adoun Alsa'ary, ISN 030, is granted.

The Federal Defender for the Northern District of Ohio is hereby appointed as counsel for Petitioner Nadir Omar Abdullah Bin Sa'Adoun Alsa'ary. A lawyer from that office shall file an appearance.

The time within which Petitioner must file his traverse is extended from April 15 to July 15, 2010.

    SO ORDERED,

///

///

Date: 3/28/2010

_____/s/_____
Royce C. Lamberth
Chief Judge

-1-